# Court of Appeals
# of the State of Georgia

ATLANTA,  April 18, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1349. IN RE: SPECIAL PURPOSE GRAND JURY.**

Before this court is the motion of Kevin Ross to dismiss this appeal, as well as the motion of Burrell Ellis, Jr. to adopt that motion and the District Attorney's motion to dismiss it. Because this court has a duty to inquire into its jurisdiction to entertain each appeal, *Forest City Gun Club v. Chatham County*, 280 Ga. App. 219, 220 (633 SE2d 623) (2006), we need not address the standing issue raised in the District Attorney's motion.

This appeal is from an interlocutory order, and the appellant has not followed the interlocutory appeal procedure. See OCGA § 5-6-34 (b). Consequently this case must be, and it is dismissed.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/18/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*